IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEYNTE J. DAVIS, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| -vs- ) | NO. 11-621-SCW |
|  ) | |
| WARDEN GROUNDS, C/O WALTON, ) | |
| JOHN DOE 1-5, ASSISTANT WARDEN ) | |
| TILKA, BATUK ROMOLIA, M.D., ) | |
| UNKNOWN PARTY HEALTH ) | |
| PROVIDER, ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Defendants **JOHN DOE 1-5** were dismissed without prejudice on August 17, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 21).

Defendants **WARDEN GROUNDS** and **BATUK RAMOLIA, M.D.** were dismissed with prejudice on October 5, 2012 by Chief Judge Michael J. Reagan (Doc. 23).

Defendant **UNKNOWN PARTY HEALTH PROVIDER** was dismissed on March 21, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 51).

The remaining issues came before this Court for jury trial.

Defendant **ASSISTANT WARDEN TILKA** was voluntarily dismissed with prejudice on the record by Magistrate Judge Stephen C. Williams on January 12, 2015 (Doc. 87).

Defendant **C/O WALTON** was granted judgment as a matter of law on the record by Magistrate Judge Stephen C. Williams at the close of plaintiff's case (Doc. 87).

It is **ORDERED** and **ADJUDGED** that judgment be entered in favor of Defendants **WARDEN GROUNDS, BATUKA RAMOLIA, M.D., UNKNOWN HEATH PROVIDER, ASSISTANT WARDEN TILKA** and **C/O WALTON** and against Plaintiff **KEYNTE J. DAVIS.**

1

Plaintiff shall take nothing from this action.

**DATED** this 14th day of January, 2015

                                **JUSTINE FLANAGAN, ACTING CLERK**

                                **BY: s/ Angela Vehlewald**
                                        **Deputy Clerk**

**Approved by   s/ Stephen C. Williams**
            **United States Magistrate Judge**
                **Stephen C. Williams**